UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRUCE GRAYCAR,<br><br>　　　　　　　　　Plaintiff<br>　v.<br><br>CAPITAL HEALTH SYSTEM, INC.<br><br>　　　　　　　　　Defendant | Case No: 3:23-cv-23234-MAS-DEA<br><br>The Honorable Michael A. Shipp<br>District Court Judge<br><br>Honorable Douglas E. Arpert<br>Magistrate Judge |

**NOTICE OF DEFENDANT, CAPITAL HEALTH SYSTEM, INC.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

To: Attorney for Plaintiffs and the Proposed Class

**KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT**

Kenneth J. Grunfeld, Esquire
65 Overhill Road
Bala Cynwyd, PA 19004
grunfeld@kolawyers.com

　　**PLEASE TAKE NOTICE** that on February 21, 2024, Defendant, Capital Health System, Inc., by and through its counsel, Lewis Brisbois Bisgaard & Smith, shall move before the Honorable Michael A. Shipp, United States District Judge of the United States District Court for the District of New Jersey, for entry of an Order dismissing Plaintiff's Complaint (Dkt. 1), pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Defendant, Capital Health System, Inc., shall rely on the accompanying Memorandum of Law and all papers later submitted by the Defendant as part of a reply in further support of its motion to dismiss.

**PLEASE TAKE FURTHER NOTICE** that, for the Court's convenience, a proposed form of Order is submitted herewith, proposing the dismissal of the Complaint in full.

**PLEASE TAKE FURTHER NOTICE** that the undersigned attorneys for Defendant, Capital Health System, Inc., request oral argument on this motion.

Date: February 21, 2024

**LEWIS BRISBOIS BISGAARD & SMITH**
/s/Andrew F. Albero
Andrew F. Albero, Esquire
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
Tel.: 215-977-4058
Andrew.albero@lewisbrisbois.com
Attorney for Defendant,
Capital Health System, Inc.

**LEWIS BRISBOIS BISGAARD & SMITH**
/s/Jon P. Kardassakis, Esquire
Jon P. Kardassakis, Esquire
(Admitted Pro Hac Vice)
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Tel.: 213-680-5040
Jon.kardassakis@lewisbrisbois.com
Attorney for Defendant, Capital Health System, Inc.