# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRUCE GRAYCAR, BRENDA L. CRAWFORD, JERMAINE B. CRAWFORD, and KATRINA BOWENS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CAPITAL HEALTH SYSTEM, INC.,<br><br>　　　　　　　Defendant. | Case No. 3:23-CV-23234-MAS-JTQ<br><br>District Judge Michael A. Shipp<br><br>Magistrate Judge Justin T. Quinn<br><br>Motion Day: September 15, 2025 |

## NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that on such date and time as the Court shall determine, the undersigned counsel for Plaintiffs shall move before the Hon. Justin T. Quinn, U.S.M.J., at the Clarkson S. Fisher Bldg. & U.S. Courthouse, 402 E. State Street, Trenton, NJ 08608, for an Order pursuant to Fed. R. Civ. P. 23(e) granting preliminary approval of the proposed settlement between Plaintiffs and Defendant Capital Health System, Inc.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the undersigned relies upon Plaintiffs' Memorandum of Law, Declaration of Cameron R. Azari, Declaration of James E. Cecchi, and accompanying exhibits.

**PLEASE TAKE FURTHER NOTICE** that, for the Court's convenience, a proposed form of Order is submitted herewith.

Dated: August 11, 2025.                CARELLA, BYRNE, CECCHI,
                                       OLSTEIN, BRODY & AGNELLO, P.C.

                                       By:    */s/ James E. Cecchi*
                                              JAMES E. CECCHI

                                       James E. Cecchi
                                       Jason H. Alperstein
                                       5 Becker Farm Road
                                       Roseland, New Jersey 07068
                                       Telephone: (973) 994-1700
                                       Facsimile: (973) 994-1744
                                       jcecchi@carellabyrne.com
                                       jalperstein@carellabyrne.com

                                       Kenneth J. Grunfeld
                                       KOPELOWITZ OSTROW
                                       FERGUSON WEISELBERG GILBERT
                                       65 Overhill Road
                                       Bala Cynwyd, PA 19004
                                       Telephone: (954) 525-4100
                                       grunfeld@kolawyers.com

                                       James J. Pizzirusso (*pro hac vice*)
                                       HAUSFELD LLP
                                       888 16th Street, N.W., Suite 300
                                       Washington, D.C. 20006
                                       Telephone: (202) 540-7200
                                       jpizzirusso@hausfeld.com

                                       Steven M. Nathan (*pro hac vice*)
                                       HAUSFELD LLP
                                       33 Whitehall Street, Fourteenth Floor
                                       New York, NY 10004
                                       Telephone: (646) 357-1100
                                       snathan@hausfeld.com

                                       *Attorneys for Plaintiffs and the Proposed Class*