**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BRUCE GRAYCAR, BRENDA L. CRAWFORD, JERMAINE B. CRAWFORD, and KATRINA BOWENS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL HEALTH SYSTEMS, INC.,<br><br>Defendant. | Case No. 3:23-CV-23234-MAS-JTQ<br><br>District Judge Michael A. Shipp<br><br>Magistrate Judge Justin T. Quinn<br><br>Motion Day: July 14, 2026 |

**NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that on such date and time as the Court shall determine, the undersigned counsel for Plaintiffs shall move before the Hon. Justin T. Quin, United States District Judge at the Martin Luther King Federal Building, Newark, New Jersey, for an Order pursuant to Fed. R. Civ. P. 23(e) granting final approval of the proposed settlement between Plaintiffs and Defendant Capital Health Systems, Inc.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the undersigned relies upon Plaintiffs' Memorandum of Law, Joint Declaration of Class Counsel, Declaration of Cameron R. Azari, and accompanying exhibits.

**PLEASE TAKE FURTHER NOTICE** that, for the Court's convenience, a proposed form of Order is submitted herewith.

Dated: March 20, 2026.

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**

By: *_/s/ James E. Cecchi_*
JAMES E. CECCHI

James E. Cecchi
Jason H. Alperstein

5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
jalperstein@carellabyrne.com

Kenneth J. Grunfeld
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
65 Overhill Road
Bala Cynwyd, PA 19004
Telephone: (954) 525-4100
grunfeld@kolawyers.com

James J. Pizzirusso (*pro hac vice*)
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, D.C. 20006
Telephone: (202) 540-7200
jpizzirusso@hausfeld.com

*Attorneys for Plaintiffs and the*
*Proposed Class*